EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 560-2014-01665 |

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Percy Green, III o/b/o FIRE | (314) 862-6800 | |

Street Address: c/o Joe D. Jacobson, 7733 Forsyth Blvd., Suite 700, Pierre Laclede Center, Clayton, MO 63105

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF ST. LOUIS FIRE DEPT. | 500 or More | (314) 622-3361 |

Street Address: 1421 N. Jefferson, Saint Louis, MO 63103

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08/2013    Latest: 11-22-2013
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I, Percy Green, III, on behalf of the Firefighters Institute for Racial Equality ("FIRE"), allege that members of FIRE, all of whom are African American, were discriminated against by the City of St. Louis Fire Department on the basis of their race in connection with promotional opportunities to the ranks of Captain and Battalion Chief. Specifically, the members of FIRE believe that they were discriminated against by the City of St. Louis Fire Department in 1) oral and written promotional tests for Captain and Battalion Chief, 2) the methods used in grading the oral and written tests, and 3) the appeal procedure provided once the test results were released. In addition, the members of FIRE believe that Caucasian applicants being treated more favorably than African American applicants in that Caucasian applicants were allowed to be tested when they arrived late for testing while African American applicants who arrived late for testing were not allowed to test.

II. Based on the above stated reasons, the members of FIRE believe that they were discriminated against on the basis of their race in violation of Title VII of the Civil Rights Act of 1964, as amended, and believe that the testing and scoring for Captain and Battalion Chief had an adverse impact on the promotional opportunities for African Americans as a class.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 8/29/14
Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT [signed]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 8/29/14
(month, day, year)
Jocelyn E. Boehlje [signed]
JOCELYN E. BOEHLJE
Notary Public - Notary Seal

DEFENDANT'S EXHIBIT
Ex. A