

U.S. Department of Justice
Civil Rights Division

CERTIFIED MAIL
7010 0290 0000 2016 4116

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

May 19, 2015

Mr. Percy Green, III o/b/o FIRE
c/o Matthew B. Vianello, Esquire
Law Offices of Jacobson, Press & Fields
168 N. Meramec Ave., Ste. 150
Clayton, MO 63105

Re: EEOC Charge Against City of St. Louis Fire Dept.
No. 560201401665

Dear Mr. Green, III o/b/o FIRE:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC St. Louis District Office, St Louis, MO.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: St. Louis District Office, EEOC
    City of St. Louis Fire Dept.

