UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERCY GREEN, III, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:15 CV 1433 RWS |
| CITY OF ST. LOUIS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Defendants having conceded that the exhaustion requirement was satisfied,

**IT IS HEREBY ORDERED** that the motion to dismiss [9] is denied.

**IT IS FURTHER ORDERED** that the motion for more definite statement [11] is denied, as defendants have not demonstrated that plaintiffs' complaint is so vague or ambiguous that they cannot reasonably prepare a response.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2015.